# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                      |Personnel Number..... 00608537          |
|433 MUIR AVENUE                       |Human Services Pyrl Area 3              |
|HAZLETON PA  18201                    |Pay Period.. 08/06/2016 - 08/19/2016    |
|                                      |Fed Tax Status: Single                  |
|                                      |Fed Tax Allowances: 00   Period: 18/2016|
|B/U:N1     Group:03    Level:11       |                                        |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | − | Taxes | − | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 09/02/2016 | 692.71 = | 1,388.00 | + | 0.00 | − | 355.96 | − | 339.33 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 17.35 | 60.50 | 1,049.68 | 20,478.89 |
| Annual Leave Pay | 17.35 | 11.50 | 199.52 | 1,483.40 |
| Sick Leave Pay | | | | 1,467.93 |
| Sick Family Leave | | | | 203.86 |
| Personal Leave Pay | | | | 555.20 |
| Holiday/Comp lieu Holiday | 17.35 | 8.00 | 138.80 | 694.00 |
| Overtime Pay-Time & 1/2 | | | | 812.66 |
| Holiday Overtime Pay-50% | | | | 275.20 |
| Leave w/out Pay-AbsenceNA | | | | |
| **Total Gross** | | | **1,388.00** | **25,971.14** |

| Taxes | Amount | Year To Date |
|-------|--------|--------------|
| Federal            Federal | | |
| TX Withholding Tax | 170.21 | 3,214.27 |
| TX EE Social Security Tax | 84.33 | 1,579.29 |
| TX EE Medicare Tax | 19.72 | 369.35 |
| State            Pennsylvania | | |
| TX Withholding Tax | 46.76 | 872.01 |
| TX EE Unemployment Tax | 0.97 | 18.18 |
| Local            Foster Township | | |
| TX Local Services Tax | 2.00 | 36.00 |
| Local            Hazleton | | |
| TX Withholding Tax | 31.97 | 598.66 |
| **EE Taxes** | **355.96** | **6,687.76** |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 27.76 | 498.68 |
| PAC - AFSCME AFL-CIO | 4.00 | 72.00 |
| White Haven Fed Cr Union | 200.00 | 3,600.00 |
| AFSCME - 13 Union Dues | 20.82 | 373.25 |
| Garnish: Local Tax Levy | | 146.50 |
| Full Cov Class AA/Cat 0 | 86.75 | 1,623.19 |
| **Total Deductions** | **339.33** | **6,313.62** |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount |
|---|---|
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 692.71 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 84.33 |
| TX ER Medicare Tax | 19.72 |
| ER Basic Life | 4.09 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 41.64 |
| PR Geisinger Health HMO | 455.00 |
| ER-SERS | 415.71 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,273.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                      |Personnel Number..... 00608537              |
|433 MUIR AVENUE                       |Human Services Pyrl Area 3                  |
|HAZLETON PA  18201                    |Pay Period.. 08/06/2016 - 08/19/2016        |
|                                      |Fed Tax Status:                             |
|                                      |Fed Tax Allowances:          Period: 18/2016|
|B/U:N1     Group:03     Level:11      |                                            |
|_____|_____|
| Pay Date       Payment Amount =      Gross     +    Reim.   -    Taxes    -    Deds. |
| 09/02/2016          692.71     =    1,388.00    +    0.00    -   355.96   -   339.33 |
|_____|

|Payroll Area       Z3                                                                |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                   |Personnel Number..... 00608537          |
|433 MUIR AVENUE                    |Human Services Pyrl Area 3              |
|HAZLETON PA  18201                 |Pay Period.. 08/20/2016 - 09/02/2016    |
|                                   |Fed Tax Status: Single                  |
|                                   |Fed Tax Allowances: 00   Period: 19/2016|
|B/U:N1     Group:03    Level:11    |                                        |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 09/16/2016 | 692.70 = | 1,388.00 | + | 0.00 | - | 355.97 | - | 339.33 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 17.35 | 77.00 | 1,335.95 | 21,814.84 |
| Annual Leave Pay | | | | 1,483.40 |
| Sick Leave Pay | 17.35 | 3.00 | 52.05 | 1,519.98 |
| Sick Family Leave | | | | 203.86 |
| Personal Leave Pay | | | | 555.20 |
| Holiday/Comp lieu Holiday | | | | 694.00 |
| Overtime Pay-Time & 1/2 | | | | 812.66 |
| Holiday Overtime Pay-50% | | | | 275.20 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 1,388.00 | 27,359.14 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 170.21 | 3,384.48 |
| TX EE Social Security Tax | 84.34 | 1,663.63 |
| TX EE Medicare Tax | 19.72 | 389.07 |
| State          Pennsylvania | | |
| TX Withholding Tax | 46.76 | 918.77 |
| TX EE Unemployment Tax | 0.97 | 19.15 |
| Local          Foster Township | | |
| TX Local Services Tax | 2.00 | 38.00 |
| Local          Hazleton | | |
| TX Withholding Tax | 31.97 | 630.63 |
| EE Taxes | 355.97 | 7,043.73 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 27.76 | 526.44 |
| PAC - AFSCME AFL-CIO | 4.00 | 76.00 |
| White Haven Fed Cr Union | 200.00 | 3,800.00 |
| AFSCME - 13 Union Dues | 20.82 | 394.07 |
| Garnish: Local Tax Levy | | 146.50 |
| Full Cov Class AA/Cat 0 | 86.75 | 1,709.94 |
| Total Deductions | 339.33 | 6,652.95 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |
| | | |

| Reimbursements | Amount |
|---|---|
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 692.70 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 84.34 |
| TX ER Medicare Tax | 19.72 |
| ER Basic Life | 4.09 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 41.64 |
| PR Geisinger Health HMO | 455.00 |
| ER-SERS | 415.71 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,273.49 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Andrea M Hissick | Personnel Number..... 00608537 |
| 433 MUIR AVENUE | Human Services Pyrl Area 3 |
| HAZLETON PA 18201 | Pay Period.. 08/20/2016 - 09/02/2016 |
| | Fed Tax Status: |
| | Fed Tax Allowances:     Period: 19/2016 |
| B/U:N1     Group:03     Level:11 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 09/16/2016 | 692.70  = | 1,388.00 | + | 0.00 | - | 355.97 | - | 339.33 |

| Payroll Area | Z3 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                      |Personnel Number..... 00608537
|433 MUIR AVENUE                       |Human Services Pyrl Area 3
|HAZLETON PA  18201                    |Pay Period.. 09/03/2016 - 09/16/2016
|                                      |Fed Tax Status: Single
|                                      |Fed Tax Allowances: 00    Period: 20/2016
|B/U:N1     Group:03    Level:11       |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 09/30/2016 | 692.70 = | 1,388.00 | + | 0.00 | - | 355.97 | - | 339.33 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 17.35 | 64.00 | 1,110.40 | 22,925.24 |
| Annual Leave Pay | | | | 1,483.40 |
| Sick Leave Pay | 17.35 | 8.00 | 138.80 | 1,658.78 |
| Sick Family Leave | | | | 203.86 |
| Personal Leave Pay | | | | 555.20 |
| Holiday/Comp lieu Holiday | 17.35 | 8.00 | 138.80 | 832.80 |
| Overtime Pay-Time & 1/2 | | | | 812.66 |
| Holiday Overtime Pay-50% | | | | 275.20 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 1,388.00 | 28,747.14 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 170.21 | 3,554.69 |
| TX EE Social Security Tax | 84.33 | 1,747.96 |
| TX EE Medicare Tax | 19.73 | 408.80 |
| State          Pennsylvania | | |
| TX Withholding Tax | 46.76 | 965.53 |
| TX EE Unemployment Tax | 0.97 | 20.12 |
| Local          Foster Township | | |
| TX Local Services Tax | 2.00 | 40.00 |
| Local          Hazleton | | |
| TX Withholding Tax | 31.97 | 662.60 |
| EE Taxes | 355.97 | 7,399.70 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 27.76 | 554.20 |
| PAC - AFSCME AFL-CIO | 4.00 | 80.00 |
| White Haven Fed Cr Union | 200.00 | 4,000.00 |
| AFSCME - 13 Union Dues | 20.82 | 414.89 |
| Garnish: Local Tax Levy | | 146.50 |
| Full Cov Class AA/Cat 0 | 86.75 | 1,796.69 |
| Total Deductions | 339.33 | 6,992.28 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 692.70 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 84.33 | |
| TX ER Medicare Tax | 19.73 | |
| ER Basic Life | 4.09 | |
| Annuitant Med Hospital | 362.00 | |
| ER Workers Comp Benefit | 41.64 | |
| PR Geisinger Health HMO | 455.00 | |
| ER-SERS | 415.71 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,273.49 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                        |Personnel Number..... 00608537              |
|433 MUIR AVENUE                         |Human Services Pyrl Area 3                  |
|HAZLETON PA  18201                      |Pay Period.. 09/03/2016 - 09/16/2016        |
|                                        |Fed Tax Status:                             |
|                                        |Fed Tax Allowances:        Period: 20/2016  |
|B/U:N1     Group:03    Level:11         |                                            |
|_____|_____|
| Pay Date        Payment Amount =     Gross    +     Reim.  -      Taxes   -    Deds. |
| 09/30/2016          692.70      =  1,388.00    +     0.00   -     355.97   -   339.33|
|                                                                                     |

|Payroll Area        Z3                                                               |
|                                                                                     |
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                        |Personnel Number..... 00608537              |
|433 MUIR AVENUE                         |Human Services Pyrl Area 3                  |
|HAZLETON PA  18201                      |Pay Period.. 09/17/2016 - 09/30/2016        |
|                                        |Fed Tax Status: Single                      |
|                                        |Fed Tax Allowances: 00    Period: 21/2016   |
|B/U:N1     Group:03    Level:11         |                                            |
```

| Pay Date | Payment Amount | = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|---|
| 10/14/2016 | 692.70 | = | 1,388.00 | + | 0.00 | - | 355.97 | - | 339.33 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 17.35 | 48.00 | 832.80 | 23,758.04 |
| Annual Leave Pay | 17.35 | 16.00 | 277.60 | 1,761.00 |
| Sick Leave Pay | | | | 1,658.78 |
| Sick Family Leave | | | | 203.86 |
| Personal Leave Pay | 17.35 | 8.00 | 138.80 | 694.00 |
| Holiday/Comp lieu Holiday | 17.35 | 8.00 | 138.80 | 971.60 |
| Overtime Pay-Time & 1/2 | | | | 812.66 |
| Holiday Overtime Pay-50% | | | | 275.20 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 1,388.00 | 30,135.14 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 170.21 | 3,724.90 |
| TX EE Social Security Tax | 84.34 | 1,832.30 |
| TX EE Medicare Tax | 19.72 | 428.52 |
| State          Pennsylvania | | |
| TX Withholding Tax | 46.76 | 1,012.29 |
| TX EE Unemployment Tax | 0.97 | 21.09 |
| Local          Foster Township | | |
| TX Local Services Tax | 2.00 | 42.00 |
| Local          Hazleton | | |
| TX Withholding Tax | 31.97 | 694.57 |
| EE Taxes | 355.97 | 7,755.67 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 27.76 | 581.96 |
| PAC - AFSCME AFL-CIO | 4.00 | 84.00 |
| White Haven Fed Cr Union | 200.00 | 4,200.00 |
| AFSCME - 13 Union Dues | 20.82 | 435.71 |
| Garnish: Local Tax Levy | | 146.50 |
| Full Cov Class AA/Cat 0 | 86.75 | 1,883.44 |
| Total Deductions | 339.33 | 7,331.61 |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 692.70 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 84.34 | |
| TX ER Medicare Tax | 19.72 | |
| ER Basic Life | 4.09 | |
| Annuitant Med Hospital | 362.00 | |
| ER Workers Comp Benefit | 41.64 | |
| PR Geisinger Health HMO | 455.00 | |
| ER-SERS | 415.71 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,273.49 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                        |Personnel Number..... 00608537              |
|433 MUIR AVENUE                         |Human Services Pyrl Area 3                  |
|HAZLETON PA  18201                      |Pay Period.. 09/17/2016 - 09/30/2016        |
|                                        |Fed Tax Status:                             |
|                                        |Fed Tax Allowances:        Period: 21/2016  |
|B/U:N1     Group:03     Level:11        |                                            |
|_____|_____|

| Pay Date        Payment Amount =      Gross    +     Reim.   -     Taxes    -      Deds. |
| 10/14/2016         692.70        =   1,388.00  +      0.00   -    355.97    -     339.33  |
|_____|


|Payroll Area       Z3                                                                    |
|_____|
```

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
|Andrea M Hissick                    |Personnel Number..... 00608537          |
|433 MUIR AVENUE                     |Human Services Pyrl Area 3              |
|HAZLETON PA  18201                  |Pay Period.. 10/01/2016 - 10/14/2016    |
|                                    |Fed Tax Status: Single                  |
|                                    |Fed Tax Allowances: 00   Period: 22/2016|
|B/U:N1     Group:03    Level:11     |                                        |
|                                    |                                        |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 10/28/2016 | 764.61 = | 1,497.76 | + | 0.00 | - | 385.61 | - | 347.54 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|---|---|---|---|---|
| Normal working hours | 17.83 | 80.00 | 1,426.40 | 25,184.44 |
| Annual Leave Pay | | | | 1,761.00 |
| Sick Leave Pay | | | | 1,658.78 |
| Sick Family Leave | | | | 203.86 |
| Personal Leave Pay | | | | 694.00 |
| Holiday/Comp lieu Holiday | | | | 971.60 |
| Overtime Pay-Time & 1/2 | | | | 812.66 |
| Holiday Overtime Pay-50% | 8.92 | 8.00 | 71.36 | 346.56 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 1,497.76 | 31,632.90 |

| Taxes | Amount | Year To Date |
|---|---|---|
| Federal          Federal | | |
| TX Withholding Tax | 185.53 | 3,910.43 |
| TX EE Social Security Tax | 91.09 | 1,923.39 |
| TX EE Medicare Tax | 21.30 | 449.82 |
| State            Pennsylvania | | |
| TX Withholding Tax | 50.11 | 1,062.40 |
| TX EE Unemployment Tax | 1.05 | 22.14 |
| Local            Foster Township | | |
| TX Local Services Tax | 2.00 | 44.00 |
| Local            Hazleton | | |
| TX Withholding Tax | 34.53 | 729.10 |
| EE Taxes | 385.61 | 8,141.28 |

| Deductions | Amount | Year To Date |
|---|---|---|
| EE PreTx MED Pct | 28.53 | 610.49 |
| PAC - AFSCME AFL-CIO | 4.00 | 88.00 |
| White Haven Fed Cr Union | 200.00 | 4,400.00 |
| AFSCME - 13 Union Dues | 21.40 | 457.11 |
| Garnish: Local Tax Levy | | 146.50 |
| Full Cov Class AA/Cat 0 | 93.61 | 1,977.05 |
| Total Deductions | 347.54 | 7,679.15 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |
| | | |
| | | |

| Reimbursements | Amount |
|---|---|
| | |
| | |
| | |

| Direct Deposit Bank / Check | Amount |
|---|---|
| Net Payment | 764.61 |

| State Paid Benefits | Amount |
|---|---|
| TX ER Social Security Tax | 91.09 |
| TX ER Medicare Tax | 21.30 |
| ER Basic Life | 4.09 |
| Annuitant Med Hospital | 362.00 |
| ER Workers Comp Benefit | 44.94 |
| PR Geisinger Health HMO | 455.00 |
| ER-SERS | 448.58 |

| Federal Taxable Wages | Amount |
|---|---|
| Current Period Results | 1,375.62 |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Andrea M Hissick | Personnel Number..... 00608537 |
| 433 MUIR AVENUE | Human Services Pyrl Area 3 |
| HAZLETON PA  18201 | Pay Period.. 10/01/2016 - 10/14/2016 |
| | Fed Tax Status: |
| | Fed Tax Allowances:      Period: 22/2016 |
| B/U:N1     Group:03     Level:11 | |

| Pay Date | Payment Amount = | Gross + | Reim. - | Taxes - | Deds. |
|---|---|---|---|---|---|
| 10/28/2016 | 754.61 = | 1,497.76 + | 0.00 - | 385.61 - | 347.54 |

| Payroll Area        Z3 | |

# Commonwealth of Pennsylvania

## EMPLOYEE PAY STATEMENT

```
| Andrea M Hissick              | Personnel Number..... 00608537           |
| 433 MUIR AVENUE               | Human Services Pyrl Area 3               |
| HAZLETON PA  18201            | Pay Period.. 10/15/2016 - 10/28/2016     |
|                               | Fed Tax Status: Single                   |
|                               | Fed Tax Allowances: 00    Period: 23/2016|
| B/U:N1    Group:03   Level:11 |                                          |
```

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|----------|------------------|-------|---|-------|---|-------|---|-------|
| 11/10/2016 | 717.13 = | 1,426.40 | + | 0.00 | - | 366.19 | - | 343.08 |

| Gross Current Pay | Rate | Hrs/Unt | Amount | Year To Date |
|-------------------|------|---------|--------|--------------|
| Normal working hours | 17.83 | 72.00 | 1,283.76 | 26,468.20 |
| Annual Leave Pay | | | | 1,761.00 |
| Sick Leave Pay | 17.83 | 8.00 | 142.64 | 1,801.42 |
| Sick Family Leave | | | | 203.86 |
| Personal Leave Pay | | | | 694.00 |
| Holiday/Comp lieu Holiday | | | | 971.60 |
| Overtime Pay-Time & 1/2 | | | | 812.66 |
| Holiday Overtime Pay-50% | | | | 346.56 |
| Leave w/out Pay-AbsenceNA | | | | |
| Total Gross | | | 1,426.40 | 33,059.30 |

| Taxes | | Amount | Year To Date |
|-------|--|--------|--------------|
| Federal | Federal | | |
| TX Withholding Tax | | 175.49 | 4,085.92 |
| TX EE Social Security Tax | | 86.67 | 2,010.06 |
| TX EE Medicare Tax | | 20.27 | 470.09 |
| State | Pennsylvania | | |
| TX Withholding Tax | | 47.91 | 1,110.31 |
| TX EE Unemployment Tax | | 1.00 | 23.14 |
| Local | Foster Township | | |
| TX Local Services Tax | | 2.00 | 46.00 |
| Local | Hazleton | | |
| TX Withholding Tax | | 32.85 | 761.95 |
| EE Taxes | | 366.19 | 8,507.47 |

| Deductions | Amount | Year To Date |
|------------|--------|--------------|
| EE PreTx MED Pct | 28.53 | 639.02 |
| PAC - AFSCME AFL-CIO | 4.00 | 92.00 |
| White Haven Fed Cr Union | 200.00 | 4,600.00 |
| AFSCME - 13 Union Dues | 21.40 | 478.51 |
| Garnish: Local Tax Levy | | 146.50 |
| Full Cov Class AA/Cat 0 | 89.15 | 2,066.20 |
| Total Deductions | 343.08 | 8,022.23 |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Non Cash Compensation | Amount | Year To Date |
|---|---|---|
| | | |
| | | |
| | | |

| Reimbursements | Amount | |
|---|---|---|
| | | |
| | | |
| | | |

| Direct Deposit Bank / Check | Amount | |
|---|---|---|
| Net Payment | 717.13 | |

| State Paid Benefits | Amount | |
|---|---|---|
| TX ER Social Security Tax | 86.67 | |
| TX ER Medicare Tax | 20.27 | |
| ER Basic Life | 4.09 | |
| Annuitant Med Hospital | 362.00 | |
| ER Workers Comp Benefit | 42.79 | |
| PR Geisinger Health HMO | 455.00 | |
| ER-SERS | 427.21 | |

| Federal Taxable Wages | Amount | |
|---|---|---|
| Current Period Results | 1,308.72 | |

| Garnishment Type | Beg Balance | Total To Date | Remain Balance |
|---|---|---|---|
| | | | |
| | | | |

# Commonwealth of Pennsylvania
## EMPLOYEE PAY STATEMENT

| Andrea M Hissick | Personnel Number..... 00608537 |
|---|---|
| 433 MUIR AVENUE | Human Services Pyrl Area 3 |
| HAZLETON PA 18201 | Pay Period.. 10/15/2016 - 10/28/2016 |
| | Fed Tax Status: |
| | Fed Tax Allowances:     Period: 23/2016 |
| B/U:N1     Group:03     Level:11 | |

| Pay Date | Payment Amount = | Gross | + | Reim. | - | Taxes | - | Deds. |
|---|---|---|---|---|---|---|---|---|
| 11/10/2016 | 717.13    = | 1,426.40 | + | 0.00 | - | 366.19 | - | 343.08 |

| Payroll Area | Z3 |
|---|---|