```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                       Case No. 16-04631-JJT
Andrea M. Hissick                                            Chapter 7
        Debtor
                         **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: PRatchfor           Page 1 of 1           Date Rcvd: Apr 25, 2017
                               Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db             +Andrea M. Hissick,    433 E Muir Ave,   Hazleton, PA 18201-7432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                          Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
              Christy Marie DeMelfi    on behalf of Debtor Andrea M. Hissick christy@demelfilaw.com
              Michael J Clark     on behalf of Creditor    JPMORGAN CHASE BANK N.A. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 4

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Andrea M. Hissick
433 E Muir Ave
Hazleton, PA 18201

Chapter 7
Case No. 5:16−bk−04631−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−0379

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, William G Schwab (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 25, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: PRatchford, Deputy Clerk